LEWIS INVISIBLE STITCH MACHINE COMPANY, Appellee, v. FOUR-WAY KNIFE PINKING MACHINE CO., Inc., and Jacob Brussell, Appellants.
No. 331.

Circuit Court of Appeals, Second Circuit.
April 5, 1937.

Mortimer Scope, of New York City (Harry C. Bierman, of New York City, of counsel), for appellants.

Victor D. Borst, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.